# United States District Court
## For The Western District of North Carolina
## Statesville Division

JOHN H. McALLISTER, a.k.a.
HASAN JAHLIL STABAZZ,

    Plaintiff(s),

vs.

FNU HAMTON, KEITH WHITENER,
AND FNU CLARK,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV45-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 30, 2009, Order.

    Signed: April 30, 2009

    Frank G. Johns, Clerk
    United States District Court